UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA
    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendant.

_____/

*SECOND CORRECTED*
**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tor Ekeland of the law firm of Tor Ekeland Law, PLLC, located at 30 Wall St. 8th Fl., New York, NY 10005, (718) 737 - 7264 for purposes of appearance as co-counsel on behalf of Defendant Kevin Martin in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Tor Ekeland to receive electronic filings in this case, and in support thereof states as follows:

    1.    Tor Ekeland is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of New York, and the Southern District of New York.

    2.    Movant, William Aaron Daniel, of the law firm of Asymmetric Legal, located at 11900 Biscayne Blvd., Suite 400, Miami, FL 33181, (305) 979-9296, is a member in good standing

of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Tor Ekeland has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Tor Ekeland, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Tor Ekeland at email address: tor@torekeland.com.

WHEREFORE, William Aaron Daniel moves this Court to enter an Order for Tor Ekeland, to appear before this Court on behalf of Kevin Martin, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tor Ekeland.

        Respectfully submitted,

        <u>/s/ William Aaron Daniel</u>
        William Aaron Daniel (FL Bar No 99739)
        Asymmetric Legal
        11900 Biscayne Blvd., Suite 400
        Miami, FL
        t:  (305) 979 - 9296
        f:  (718) 504 - 5417
        aaron@asymmetric.legal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendant.

_____/

**CERTIFICATION OF TOR EKELAND**

Tor Ekeland, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the State of New York, and the Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t: (718) 737 - 7264
f: (718) 504 - 5417
tor@torekeland.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Tor Ekeland, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Tor Ekeland may appear and participate in this action on behalf of Kevin Martin. The Clerk shall provide electronic notification of all electronic filings to Tor Ekeland, at tor@torekeland.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record