UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

_____

### WAIVER OF PERSONAL APPEARANCE AND ENTRY OF PLEA OF NOT GUILTY FOR DEFENDANT KEVIN MARTIN

Defendant Kevin Tyler Martin, by and through undersigned counsel, Tor Ekeland, respectfully files this Waiver of Personal Appearance and Entry of Plea of Not Guilty, and states as follows:

1. Defendant acknowledges that he has received and reviewed a copy of the Indictment filed in this case, understands the nature of the charges against him, and has discussed them with counsel.

2. Defendant has been advised of his right to appear personally in open court for arraignment under Federal Rule of Criminal Procedure 10(a).

3. Under Rule 10(b), Defendant hereby waives his right to appear personally for arraignment and enters a plea of NOT GUILTY to all counts of the Indictment through counsel.

4. Defendant requests that the Court accept this written waiver and plea, and deem the arraignment completed without the necessity of in-person appearance on October 24, 2025.

5. Defendant remains on bond and will appear at all future proceedings as directed by the Court.

Defendant respectfully requests that the Court accept this waiver and plea, cancel his requirement to appear in person on October 24, 2025, and enter his plea of Not Guilty to all counts of the Indictment.

Respectfully submitted,

Signed by:

*kevin Martin*
AC0C43ED54064CA...

Kevin Martin
*Defendant*

/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY 10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendant.

_____/

## CERTIFICATION OF SERVICE

I hereby certify that on this 21st day of October, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

    Respectfully submitted,

    /s/ William Aaron Daniel
    William Aaron Daniel (FL Bar No. 99739)
    Asymmetric Legal
    11900 Biscayne Blvd., Suite 400
    Miami, FL
    t: (305) 979 - 9296
    f: (718) 504 - 5417
    aaron@asymmetric.legal

    *Designated Local Counsel for Defendant Kevin Martin*

    /s/ Tor Ekeland
    Tor Ekeland (NYS Bar No. 4493631)
    Tor Ekeland Law, PLLC
    30 Wall St., 8th Floor
    New York, NY 10005
    t: (718) 737 - 7264
    tor@torekeland.com

    *Pro Hac Vice Counsel for Defendant Kevin Martin*