UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

_____

**[PROPOSED] ORDER GRANTING WAIVER OF PERSONAL APPEARANCE AND
ENTRY OF PLEA OF NOT GUILTY**

This cause came before the Court on Defendant Kevin Tyler Martin's Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty, filed under Federal Rule of Criminal Procedure 10(b).

The Court, having reviewed the waiver, and being otherwise fully advised, hereby finds that the Defendant has been advised of the charges against him and his right to appear in person for arraignment, has knowingly and voluntarily waived his right to personally appear for arraignment; and has entered a plea of NOT GUILTY to all counts of the Indictment.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Kevin Tyler Martin's Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty is ACCEPTED. The arraignment scheduled for October 24, 2025, is deemed satisfied by this filing. Defendant shall appear at all future proceedings as directed by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2025.

                                                                                                             _____
                                                                                                               United States District Judge