UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

_____

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
FOR DEFENDANT KEVIN MARTIN**

Defendant Kevin Tyler Martin, by and through undersigned counsel, respectfully moves this Honorable Court, under 18 U.S.C. § 3142(c)(3), to modify the conditions of his release as previously set forth in the Court's Minute Order entered on October 14, 2025 (ECF No. 31). In support of this motion, Mr. Martin states the following:

On October 14, 2025, Mr. Martin made his initial appearance before Magistrate Judge Edwin G. Torres. He was released on a $400,000 personal surety bond with conditions following his initial appearance. The imposed conditions included a restriction limiting travel to the Northern District of Texas and the Southern District of Florida, and a prohibition on having contact with "computer and data of others".

Mr. Martin respectfully seeks two narrow and reasonable modifications:

A. Geographic Travel

Mr. Martin resides in Denton County, Texas, which falls within the Eastern District of Texas, adjacent to the Northern District. However, his current work, family contacts, and personal responsibilities require regular travel in both the Eastern and Northern Districts of Texas.

Mr. Martin respectfully requests modification of the travel condition to allow unrestricted travel within both the Eastern and Northern Districts of Texas, in addition to the previously permitted travel to the Southern District of Florida.

Undersigned counsel has consulted with the Government and they do not oppose this modification.

B. Computer and Internet Use

The condition stating that Mr. Martin shall have "no contact with computer and data of others" creates substantial hardship. Mr. Martin earns income by arranging for the sale of pets online, marketing his catering business, and working as an Uber driver, all of which require lawful use of a smartphone, internet access, and computers. Additionally, this restriction prevents efficient communication with his legal counsel, family, friends, clients and the Court.

Mr. Martin respectfully requests modification of the conditions to permit reasonable and lawful use of computers, electronic devices, and internet access, including but not limited to operating an online business or gig work platform (e.g., Uber), communicating with counsel, family, and support network, and accessing information and services required for daily life.

Counsel for the Government and the Defense have also agreed upon a restriction preventing Mr. Martin from working in the cybersecurity industry and a prohibition of Mr. Martin possessing login credentials for any individual other than himself and his partner.

Undersigned counsel has conferred with the Government and they do not oppose the above modification.

WHEREFORE, Mr. Martin respectfully requests that the Court enter an Order permitting travel within both the Eastern and Northern Districts of Texas, in addition to the Southern District of Florida; modifying the electronic use condition to allow reasonable and lawful use of computers, smartphones, and the internet for work, legal communication, and personal needs; and modifying the electronic use condition to prevent Mr. Martin from working in the cybersecurity industry and a prohibition of Mr. Martin possessing login credentials for any individual other than himself and his partner.

Respectfully submitted,

/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*


/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY 10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA
    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendant.

_____/

## CERTIFICATION OF SERVICE

I hereby certify that on this 21st day of October, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY
10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*