UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT KEVIN MARTIN'S MOTION TO MODIFY CONDITIONS OF RELEASE**

This cause comes before the Court upon Defendant Kevin Tyler Martin's Motion to Modify Conditions of Release, filed under 18 U.S.C. § 3142(c)(3). Having reviewed the motion and the record, and upon being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. The conditions of release previously imposed in this matter are modified as follows:

Defendant is authorized to travel within both the Eastern and Northern Districts of Texas, in addition to the Southern District of Florida;

The condition restricting the Defendant from contact with "computer and data of others" is modified to permit the reasonable and lawful use of computers, smartphones, and internet-enabled devices for employment and business activities (including Uber and online sales); communication with legal counsel, family, friends, and clients as well as personal and daily living needs.

A condition is added prohibiting Mr. Martin from working in the cybersecurity industry and prohibiting Mr. Martin from possessing login credentials for any individual other than himself and his partner. All other conditions of release shall remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2025.

_____
United States District Judge