UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

_____

**DEFENDANT KEVIN MARTIN'S NOTICE OF STRIKING
DOCKET ENTRY NUMBER 35**

Defendant Kevin Tyler Martin, by and through undersigned counsel, files this Notice of Striking Docket Entry Number 35, and states the following:

On October 21, 2025, Designated Local Counsel filed a Notice of Appearance on behalf of Pro Hac Vice Defense Counsel Tor Ekeland. Subsequently the Court notified Defense Counsel that the name of the attorney e-filing the Notice of Appearance must match the typed name on the signature block of the document. The Court requested Defense Counsel to file this Notice of Striking and refile the document.

WHEREFORE, Defendant Kevin Martin files this Notice Striking Docket Entry Number 35 and will refile the corrected Notice of Appearance.

Respectfully submitted,


/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*


/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY
10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendant.

_____/

## CERTIFICATION OF SERVICE

I hereby certify that on this 21st day of October, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY
10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*