UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

_____

**NOTICE OF PERMANENT APPEARANCE**

William Aaron Daniel files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for trial, all proceedings in the District Court, and on Appeal as Designated Counsel in the Southern District of Florida.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

    Attorney: William Aaron Daniel
    Florida Bar Number: 99739
    Street Address: 11900 Biscayne Blv., Suite 400
    City/State/Zip Code: Miami, FL 33181
    Email: aaron@asymmetric.legal
    Telephone: (305) 979-9296

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

Signed by:

*Kevin Martin*

AC0C43ED54004CA...

Kevin Martin
*Defendant*