UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443-KMM

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

    Defendants.

_____

# DEFENDANT KEVIN MARTIN'S UNOPPOSED MOTION TO CONTINUE ALL TRIAL DEADLINES BY 45 DAYS

Defendant Kevin Tyler Martin, by and through undersigned counsel, files this Unopposed Motion to Continue All Trial Deadlines by 45 Days. In support of this motion, he states the following:

Mr. Martin is charged with one count of Conspiracy to Interfere with Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); one count of Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); and one count of Intentional Damage to a Protected Computer, in violation of 18 U.S.C. § 1030(a)(5)(A).

Mr. Martin was arraigned on the Indictment on October 24, 2025. (Dkt. 45). Trial is currently scheduled for the two-week period beginning December 1, 2025. (Dkt. 48). A Call of the Trial Calendar is currently scheduled for November 20, 2025. (Dkt. 48). Any Change of Plea is currently required to be submitted by November 28, 2025. (Dkt. 48).

Mr. Martin requests a 45-day continuance of all trial deadlines and scheduled appearances, including the calendar call currently scheduled for November 20, 2025.

On November 6, 2025, the Government produced the initial discovery. Due to technical issues with the USAfx zipped folders, the Defense has only been able to access a portion of the discovery to date. Undersigned counsel and the United States Attorneys Office are working together to address the issue but require some additional time to resolve it.

The parties have also started discussions regarding a resolution in the case, and Mr. Martin requests additional time to negotiate an appropriate resolution with the Government.

Mr. Martin has discussed this continuance with his counsel and agrees to waive the speedy trial period from the date of the filing of this Motion to the newly set trial date, pursuant to 18 U.S.C. § 3161, et. seq.

Undersigned counsel conferred with AUSA Tom Haggerty, who advised that the Government does not oppose this Motion.

Respectfully submitted,

/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*


/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY
10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA
    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendants.
_____/

**CERTIFICATION OF SERVICE**

I hereby certify that on this 17th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
f: (718) 504 - 5417
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY 10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*