UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-CR-20443

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
    Defendants.

_____/

### [PROPOSED] ORDER

This Matter is before the Court on Defendant Kevin Martin's Unopposed Motion to Continue All Trial Deadlines by 45 Days. Having considered the Unopposed Motion, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

Calendar call is RESET for the _____ day of _____, _____; and

Trial is RESET for the _____ day of _____, _____.

_____  
Date

_____  
Hon. K. Michael Moore
United States District