**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-CR-20443-KMM**

UNITED STATES OF AMERICA

      Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

      Defendants.

_____

**UNOPPOSED MOTION TO CONTINUE DEFENDANT'S SELF-SURRENDER DATE**

Defendant, Kevin Martin, by and through undersigned counsel, respectfully moves this Court for an order continuing his self-surrender date, should a custodial sentence be imposed, until after his son's high school graduation on May 22, 2026. His sentencing is currently scheduled for 2:00 PM on April 30, 2026. Counsel for the United States has advised that the government does not oppose this motion.

On December 18, 2025, Mr. Martin entered into a Plea Agreement and pleaded guilty to Count One of the Indictment. Mr. Martin has been aware of the Government's investigation since April 2025. He has made no attempt to flee and has fully complied with the conditions of his pretrial release. On December 29, 2025, the Court adopted the Magistrate Judge's Report and Recommendation and adjudicated him guilty of Count One of the Indictment. Sentencing is presently set for April 30, 2026. Mr. Martin is currently set to be remanded to the custody of the Bureau of Prisons should this Court impose a sentence of imprisonment. Mr. Martin fully intends to comply with any sentence imposed by the Court, including any order requiring surrender to the

1

Bureau of Prisons. This motion seeks only a brief continuance of the surrender date for legitimate family reasons.

If the Court imposes a custodial sentence, Mr. Martin respectfully requests permission to self-surrender after May 22, 2026, so that he may attend his son's high school graduation. This is a short, finite request. It is not sought for delay, and it would not prejudice the government. Courts retain discretion over the timing of self-surrender, and federal courts have granted modest extensions where the defendant has remained compliant, presents no meaningful risk of flight or danger, and seeks a brief delay for concrete personal or family reasons. *See, e.g., United States v. Guntipally*, Case No. 16-CR-00189-LHK-1 (N.D. Cal. Mar. 8, 2019) (noting the court had delayed a defendant's self-surrender date to allow him to remain at home with his son through the son's high school graduation). Mr. Martin's request fits comfortably within that practice.

A brief continuance is particularly appropriate here because Mr. Martin's conduct throughout this case demonstrates reliability, not avoidance. He has appeared as required, complied with release conditions, and has not attempted to flee. The government does not oppose the requested relief. Under these circumstances, allowing Mr. Martin to attend a singular family milestone before reporting to serve any custodial sentence would not undermine the administration of justice. It would instead recognize a narrow, humane accommodation while preserving the Court's sentence and Mr. Martin's obligation to surrender as ordered.

WHEREFORE, Defendant Kevin Martin respectfully requests that, if the Court imposes a custodial sentence on April 30, 2026, the Court continue his self-surrender date until after May

22, 2026, or to such other date shortly thereafter as the Court deems appropriate, and grant such

further relief as the Court deems just and proper.


Respectfully submitted,


/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall St., 8th Floor
New York, NY
10005
t: (718) 737 - 7264
tor@torekeland.com

*Pro Hac Vice Counsel for Defendant Kevin Martin*


/s/ William Aaron Daniel
William Aaron Daniel (FL Bar No. 99739)
Asymmetric Legal
11900 Biscayne Blvd., Suite 400
Miami, FL
t: (305) 979 - 9296
aaron@asymmetric.legal

*Designated Local Counsel for Defendant Kevin Martin*

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-CR-20443-KMM**

UNITED STATES OF AMERICA

      Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
      Defendant.

_____/

**<u>CERTIFICATION OF SERVICE</u>**

      I hereby certify that on this 23rd day of April, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

            Respectfully submitted,

            /s/ William Aaron Daniel
            William Aaron Daniel (FL Bar No. 99739)
            Asymmetric Legal
            11900 Biscayne Blvd., Suite 400
            Miami, FL
            t:  (305) 979 - 9296
            aaron@asymmetric.legal

            *Designated Local Counsel for Defendant Kevin Martin*

            /s/ Tor Ekeland
            Tor Ekeland (NYS Bar No. 4493631)
            Tor Ekeland Law, PLLC
            30 Wall St., 8th Floor
            New York, NY
            10005
            t:  (718) 737 - 7264
            tor@torekeland.com

            *Pro Hac Vice Counsel for Defendant Kevin Martin*

4