**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-CR-20443-KMM**

UNITED STATES OF AMERICA

     Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
     Defendant.

_____/

## [PROPOSEED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DEFENDANT'S SELF-SURRENDER DATE

THIS CAUSE came before the Court upon Defendant Kevin Martin's Unopposed Motion to Continue Defendant's Self-Surrender Date. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds good cause to grant the requested relief.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Unopposed Motion is **GRANTED**.

If the Court imposes a custodial sentence, Defendant Kevin Martin's self-surrender date is continued until **_____, 2026, at : _.m.**, or such other date and time as may be designated by the Bureau of Prisons or the United States Marshal.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2026.

_____
United States District Judge