**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-CR-20443**

UNITED STATES OF AMERICA

     Plaintiff,

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,
     Defendants.

_____/

**[PROPOSED] ORDER RESETTING RESTITUTION HEARING**

This Matter is before the Court on Defendant Kevin Martin's Unopposed Motion to

Continue Restitution Hearing. Having considered the Unopposed Motion, it is hereby:

     **ORDERED** that the Motion is **GRANTED**; and

the Restitution Hearing in this matter is RESET for the _____ day of _____,

_____.


_____
Date

_____
Hon. K. Michael Moore
United States District Court
Southern District of Florida